IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRACEY L. MASSEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNPATH, LTD.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No.1:19-cv-07056<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF ANDREW GARCIA
## IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

Pursuant to 28 U.S.C. § 1746, I, ANDREW GARCIA, under penalty of perjury, declare as follows:

1. My name is Andrew Garcia. I am over 21 years of age and am competent to give testimony. I make the statements in this declaration based on my personal knowledge, including knowledge gained in my position as President of SunPath Ltd. ("SunPath").

2. SunPath is a Delaware corporation and maintains its only principal place of business in Braintree, Massachusetts.

3. SunPath does not own or lease any real estates in the state of Illinois.

4. There are no office locations in Illinois where SunPath has ever conducted business operations of any kind.

5. SunPath does not engage in outbound telemarketing itself and therefore does not initiate outbound sales calls to consumers. SunPath's records show that it did not initiate any of the calls to the Plaintiff alleged in this Complaint in this case (the " Subject Calls").

EXHIBIT 1

6. Moreover, SunPath did not direct, oversee, or manage any third party in initiating the Subject Calls, or any other outbound telemarketing phone calls to consumers in Illinois. SunPath did not cause anyone else to call Plaintiff.

7. SunPath is a third party administrator of extended service contracts for automobiles. It is engaged primarily in the business of handling claims by policy holders and customer service for such policy holders.

8. The extended vehicle warranty product that SunPath administers is not even SunPath's product. It is owned by a third party.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on this 2nd day of DECEMBER, 2019.

_____
ANDREW GARCIA