## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Tracey L. Massey

                        Plaintiff,

v.                                                     Case No.: 1:19−cv−07056

                                                              Honorable Ronald A. Guzman

Sunpath, Ltd.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 6, 2020:

      MINUTE entry before the Honorable Ronald A. Guzman: Pursuant to the parties' notice of settlement [28], the status hearing set for 3/10/2020 is stricken and reset to 4/7/2020 at 10:30 AM. Defendant's motion to dismiss for lack of personal jurisdiction [15] is terminated as moot. The status hearing will be cancelled if a stipulation to dismiss is filed prior to the hearing. Mailed notice(is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.